**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELVIN TERRELL SUMTER, | NO. EDCV 07-00502 RGK (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 28, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE